THE STATE v. BOATRIGHT, *Appellant.*

Division Two, May 31, 1892.

Supreme Court Jurisdiction: APPEALS IN MISDEMEANOR CASES. The supreme court has no jurisdiction of appeals in misdemeanor cases where no constitutional question is involved.

*Appeal from Jasper Circuit Court.*—HON. M. G. McGREGOR, Judge.

TRANSFERRED TO KANSAS CITY COURT OF APPEALS.

*W. M. Robinson* and *H. W. Curry* for appellant.

*John M. Wood*, Attorney General, for the State.

THOMAS, J.—The defendant having been found guilty of a misdemeanor in the court below, and no constitutional question having been raised, this court -has no jurisdiction of the case, and it will be transferred to the Kansas City court of appeals for determination. All concur.